UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BMO HARRIS BANK, N.A.,

*Plaintiff*,

v.

NAILEEN TRANSPORT CORP., *et al.*,

*Defendants*.

Civil Action No. 21-cv-14002

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 19th day of November, 2021,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 10) is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendants in the amount of $116,376.70; and it is further

**ORDERED** that Plaintiff may provide additional documentation to support its request for attorneys' fees and costs by December 6, 2021. If Plaintiff does not provide any additional documents by December 6, 2021, fees will not be awarded.

_____
John Michael Vazquez, U.S.D.J.